IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MELVIA WATSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DIRECT EXPRESS®, *et al.*, <br><br> Defendants. | CASE NO.: 1:19-CV-00355-PAB <br><br> JUDGE PAMELA A. BARKER <br><br> DEFENDANT CONDUENT STATE & LOCAL SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.13(b), Defendant Conduent State & Local Solutions, Inc. makes the following disclosures regarding any parent corporations and publicly held companies that own 10 percent or more of its stock:

Defendant Conduent State & Local Solutions, Inc., is a wholly owned subsidiary of Conduent Business Services, LLC, which, in turn, is a wholly owned subsidiary of Conduent, Inc.

There is no corporation, unincorporated association, partnership or other business entity, not a party to the case, which has any financial interest in the outcome of this litigation.

Dated:  July 5, 2019

Respectfully submitted,

*/s/ Dustin M. Dow*
Chris Bator (0038550)
Dustin M. Dow (0089599)
BakerHostetler LLP
2000 Key Tower
127 Public Square
Cleveland, Ohio 44114
T: 216-621-0200
F: 216-696-0740
cbator@bakerlaw.com
ddow@bakerlaw.com
*Attorneys for Defendants*